JAMES LOUDER *v.* W. F. McDONNELL.

**Appeal and Error—Jurisdiction—Answer Without Objection.**

The appellant answered both the original and cross-petition of the appellee without objection to the jurisdiction of the court, but failed to answer the amended cross-petition.

Held, that the objection taken for the first time in the Court of Appeals, that the Circuit Court had no jurisdiction to render the judgment, cannot be sustained.

APPEAL FROM LEWIS CIRCUIT COURT.

January 4, 1871.

OPINION OF THE COURT BY JUDGE HARDIN:

The appellant answered both the original petition and cross petition of the appellee without objection to the jurisdiction of the court; and being thus before the court and having failed to answer the amended cross-petition, alleging his indebtedness to Anderson for part of the consideration of his purchase of the land, or the bond of Branon, the objection taken for the first time in this court, that the circuit court had not jurisdiction to render the judgment cannot be sustained. Nor did the court err in treating the averments of the amended cross petition as confessed by the failure to answer them—the appellant being before the court as a party to the action and in the pleadings, and not merely as a garnishee by service of an order of attachment. Nor do we perceive any error in the refusal of the court to vacate the judgment for the amount alleged to be due from the appellant to Anderson. Wherefore the judgment is *affirmed*.

*Throop, for appellant.*

*Scott, for appellee.*